**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 6, 2016

Hon. Ricardo P. Rodriguez
Hidalgo County District Attorney
100 N. Closner
Edinburg, TX 78539
\* DELIVERED VIA E-MAIL \*

Hon. Alfredo Morales Jr.
Attorney at Law
P. O. Box 52942
McAllen, TX 78505
\* DELIVERED VIA E-MAIL \*

Mr. David Servin
TDCJ #02010435
Jester IV Unit
4 Jester Road
Richmond, TX 77406

Re:     Cause No. 13-15-00369-CR
Tr.Ct.No.  CR-1977-13-D
Style:    David Servin v. The State of Texas

Appellant's brief in the above cause was received and filed in this Court on Monday, December 28, 2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch